IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 1:19-CR00130-TSB |
| | : | |
| **Plaintiff,** | : | JUDGE  MCFARLAND |
| | : | |
| | : | |
| **CHRISTOPHER ENGLE,** | : | MOTION TO CONTINUE |
| | : | SENTENCING HEARING |
| **Defendant,** | : | |

Defendant, through his attorney, respectfully request this Court to continue the currently scheduled sentencing in this matter . There is no objection by the United States .

Respectfully Submitted,


*/s/:  Clyde Bennett II_____*
Clyde Bennett, II (Supreme Court No. 0059910)
119 E. Court Street
Cincinnati, OH  45202
Direct Phone: (513) 233-5555
Office Phone:  (513) 632-9503
Fax: (513) 721-5824
Email: clyde@clydebennettthelaw.com
Website: www.clydebennettthelaw.com
Attorney for Defendant
Christopher Engle

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the Assistant United States Attorney by electronically filing the foregoing with Clerk of Court by using the CM/ECF system which will send notification of such filing to the above.

*/s/:  Clyde Bennett II_____*

1